IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. LIPTOK, | No. 3:22-CV-00063 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| JUDGE MARTIN C. CARLSON, | |
| Defendant. | |

## ORDER

**MARCH 21, 2022**

John J. Liptok filed this complaint alleging that United States Magistrate Judge Martin C. Carlson violated Liptok's rights by issuing orders and report and recommendations in various civil cases file by Liptok.[1] On February 18, 2022, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court dismiss with prejudice Liptok's complaint.[2] No timely objections to the Report and Recommendation have been filed.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the

---

[1] Doc. 1.
[2] Doc. 6.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Arbuckle's conclusions that Liptok's complaint is barred by judicial immunity, is legally frivolous, and that any amendment would be futile. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 6) is **ADOPTED**;

2. Intra-circuit assignment is not necessary;

3. Liptok's complaint (Doc. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.